UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. **11-1443-BKC-3G7**

*In re:*

**KEITH A. JOYNER** and
**JUANA E. JOYNER**

   *Debtors.*

## TRUSTEE'S NOTICE OF INTENT TO SELL
## PROPERTY OF THE ESTATE AT PRIVATE SALE

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> PURSUANT TO LOCAL RULE 2002-4, THERE WILL BE NO FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF YOU OBJECT TO THE PROPOSED COMPROMISE, YOU MUST FILE A WRITTEN OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT, 300 NORTH HOGAN ST., JACKSONVILLE, FLORIDA, 32202, AND SERVE A COPY UPON RONALD BERGWERK, ATTORNEY FOR TRUSTEE, P.O. BOX 17667, JACKSONVILLE, FLORIDA, 32245.
>
> IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE PROPOSED TRANSACTION, AND THE TRUSTEE WILL PROCEED TO CONSUMMATE THE TRANSACTION WITHOUT FURTHER NOTICE OR ORDER.

  Property of the estate includes the Debtors' residence located at 3647 Red Oak Circle, Orange Park, Florida. It is valued by the Clay County Property Appraiser at $104,601. The property is unencumbered, a purported mortgage lien having been avoided by the Trustee. The property was not claimed as exempt.

  The Trustee has agreed to sell the property to the Debtors for the sum of $100,000, of which $5,000 will be paid in cash at closing and the balance of $95,000 in the form of a mortgage to seller to be amortized over thirty years with a five year balloon and an initial interest rate of 5% for the first three years and 8% thereafter. Closing costs (excluding title insurance) will be paid by the estate. Payments shall be made to **Gordon P. Jones, Trustee, and mailed to Post Office Box 600459, Jacksonville, FL 32260-0459**. The Trustee intends to sell the mortgage receivable to the highest bidder as soon as practicable. The Debtors/purchasers have tendered $2,000 as earnest money. The trustee believes that this sale is in the best interest of the creditors and the estate.

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Gordon P. Jones, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to the Bankruptcy Code. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors. **The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.**

Dated: October 24, 20111

*/s/ Gordon P. Jones*
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL 32260-0459
(904) 262-7373
Trustee

A copy of the foregoing was furnished by Gordon P. Jones, Trustee, via U.S. Mail, postage prepaid, this 24th day of October, 2011 or electronically by the Bankruptcy Noticing Center, to all creditors and parties in interest on the mailing matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:11-bk-01443-PMG<br>Middle District of Florida<br>Jacksonville<br>Mon Oct 24 08:52:11 EDT 2011 | Ronald Bergwerk<br>10175 Fortune Parkway, Ste 103<br>Jacksonville, FL 32256-6747 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Gordon Jones<br>PO Box 600459<br>Jacksonville, FL 32260-0459 |
| Juana E Joyner<br>3647 Red Oak Circle West<br>Orange Park, FL 32073-5941 | Keith A Joyner<br>3647 Red Oak Circle West<br>Orange Park, FL 32073-5941 | A T & T<br>PO Box 105262<br>Atlanta, GA 30348-5262 |
| Aaron Sales And Lease Ow<br>1015 Cobb Place Blvd Nw<br>Kennesaw, GA 30144-3672 | (p)APPLIED BANK<br>PO BOX 15809<br>WILMINGTON DE 19850-5809 | Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065-6285 |
| Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 | Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801-5014 | CANDICA L.L.C.<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chase<br>201 N. Walnut St//de1-1027<br>Wilmington, DE 19801-2901 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Citi Auto<br>4000 Regent Blvd<br>Irving, TX 75063-2246 | Citi Ctb<br>Po Box 22066<br>Tempe, AZ 85285-2066 |
| Clay County Tax Collector<br>Post Office Box 218<br>Green Cove Springs FL 32043-0218 | Crescent Bank And Trust<br>5401 Jefferson Hwy Ste D<br>Harahan, LA 70123-4232 | Direct TV<br>PO Box 538605<br>Atlanta, GA 30353-8605 |
| Esb/Harley Davidson Credit<br>Po Box 21829<br>Carson City, NV 89721-1829 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Family Focus Infusion, Inc<br>4417 Beach Boulevard # 101<br>Jacksonville, FL 32207-4728 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Gemb/Amazon<br>Po Box 981432<br>El Paso, TX 79998-1432 |

| | | |
|---|---|---|
| Gemb/Jc Penney<br>Po Box 981402<br>El Paso, TX 79998-1402 | Gemb/Paypal Smart Conn<br>Po Box 981064<br>El Paso, TX 79998-1064 | Gemb/Sams Club<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Gemb/Walmart<br>Po Box 981400<br>El Paso, TX 79998-1400 | Hfc - Usa<br>Po Box 3425<br>Buffalo, NY 14240-3425 | (p)WACHOVIA BANK NA<br>PO BOX 13765<br>ROANOKE VA 24037-3765 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Law Offices Of Keith D. Collier<br>2350 Park Street<br>Jacksonville, FL 32204-4318 | Military Star<br>3911 S Walton Walker Blvd<br>Dallas, TX 75236-1509 |
| NEX/MIL STAR/EXCHANGE<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 | Navy Federal Credit Union<br>Po Box 3700<br>Merrifield, VA 22119-3700 | Nco Financial Systems, Inc<br>Dept 64<br>P.O. Box 12100<br>Trenton, NJ 08650-2100 |
| Netbank<br>7909 Parklane<br>Columbia, SC 29223-5666 | Ntb/cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Nuvell Credit<br>Po Box 380901<br>Bloomington, MN 55438-0901 |
| Plaza Associates<br>7 Penn Plz<br>New York, NY 10001-3900 | Saxon Mortgage Service<br>2700 Airport Freeway<br>Fort Worth, TX 76111-2332 | Southwest Credit Systems, Lp<br>4120 International Pkwy, Ste 1100<br>Carrollton, TX 75007-1958 |
| Td Bank N.a.<br>250 Commonwealth Dr<br>Greenville, SC 29615-4846 | The Home Depot/cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 |
| (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | Gordon P. Jones +<br>P O Box 600459<br>Jacksonville, FL 32260-0459 | United States Trustee - JAX 7 +<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 |
| Keith D. Collier +<br>Law Offices of Keith D. Collier (Jax)<br>2350 Park Street<br>Jacksonville, FL 32204-4318 | VyStar Credit Union (RS) +<br>Post Office Box 45085<br>Jacksonville, FL 32232-5085 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Applied Bank | Capital One Bank | Homeq Servicing |
| --- | --- | --- |
| 601 Delaware Ave | PO Box 85520 | P.o. Box 13716 |
| Wilmington, DE 19801 | Richmond, VA 23285-5520 | Sacramento, CA 95853 |

Vystar Credit Union
Po Box 45085
Jacksonville, FL 32232


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

(d)Gordon P. Jones +
P.O. Box 600459
Jacksonville, FL 32260-0459

End of Label Matrix
Mailable recipients    55
Bypassed recipients     2
Total                  57